UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DEMETRE MAURICE BROWN-LOVELACE,

      Defendant.

Case No. 25-cr-20752
Hon. Matthew F. Leitman

_____/

## **ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

The Court held a pretrial hearing with the parties on July 23, 2026.   For the reasons stated on the record by the Court, the Court will modify the conditions of defendant's supervised release as follows:

1. The condition requiring Defendant to obtain substance abuse and mental health counseling is modified to eliminate any requirement that Defendant obtain inpatient treatment.  Until further order of the Court, all such treatment shall be on an outpatient basis.  Defendant shall attend outpatient substance abuse and mental health counseling unless and until directed otherwise by the Court.

2. By not later than 5:00 p.m. on Sunday, July 26, 2026, Defendant shall secure living space at the New Horizons sober living facility or some

other sober living facility approved by the Probation Department. Defendant shall provide proof to his Probation Officer that he has secured such space for at least 30 days. Defendant shall then renew his arrangement for space for another 30 days when the original 30 days expires, such that he is required to remain in the sober living facility for at least 60 days. Defendant shall provide proof of the 30-day renewal to his Probation Officer.

3. Defendant shall take all medications as prescribed by his physicians, including those medications prescribed by a psychiatrist.

4. Defendant shall seek work from a temporary staffing agency four days per week and shall provide proof to his Probation Officer that he has done so. He shall work four days per week if work through the agency is available. Defendant shall leave the fifth day of each week free for counseling appointments.

The Court will hold another pretrial hearing in roughly 45 days to assess Defendant's situation.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126